

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00375-CR

| | | |
|---|---|---|
| Wallace Wayne Bowman, Jr. | § | From the 97th District Court |
| | § | of Montague County (2008-0000144M-CR) |
| v. | § | |
| | | August 29, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM